UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| RESOURCE RENEWAL INSTITUTE, CENTER FOR BIOLOGICAL DIVERSITY, and WESTERN WATERSHEDS PROJECT,<br><br>Plaintiffs,<br><br>vs.<br><br>NATIONAL PARK SERVICE, a federal agency, and CICELY MULDOON, in her official capacity as Superintendent of Point Reyes National Seashore,<br><br>Defendants. | Case No:  C 16-0688 SBA<br><br>**ORDER RE PRODUCTION OF THE ADMINISTRATIVE RECORD** |

Having reviewed the parties' joint letter, filed June 8, 2016, regarding the production of the Administrative Record ("AR"),

IT IS HEREBY ORDERED THAT Defendants shall produce the AR for Claim 1 on or before July 29, 2016, and the AR for Claims 2 and 3 on or before August 26, 2016, including any privilege log.

IT IS SO ORDERED.

Dated:  6/15/16

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
Senior United States District Judge