UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RESOURCE RENEWAL INSTITUTE, et al., <br><br> Plaintiffs, <br><br> v. <br><br> NATIONAL PARK SERVICE, et al., <br><br> Defendants. | Case No. 16-cv-00688-SBA (KAW) <br><br> **ORDER REQUIRING PARTIES TO MEET AND CONFER** <br><br> Re: Dkt. No. 31 |

Plaintiffs to this Administrative Procedure Act case have filed a motion seeking certain discovery.[1] (Dkt. No. 31.) The matter has been referred to the undersigned. (Dkt. No. 36.) Having conducted a preliminary review of the motion papers, it appears that the parties have not sufficiently met and conferred regarding their dispute. Accordingly, the parties are ordered to meet and confer in person to reach a resolution. To the extent any of the proposed discovery might be duplicative in that the materials sought will be included in the administrative record for Plaintiffs' first claim for relief, which is to be produced on or before July 29, 2016, Plaintiffs should consider whether their motion for discovery should be deferred until after the administrative record is produced, and Defendants should re-consider Plaintiffs' request that it commit to produce the discovery sought as part of the administrative record or indicate which information Defendants will not produce as part of the administrative record. After meeting and conferring, the parties shall file a joint status report by no later than July 15, 2016. If the joint status report indicates that the parties were unable to resolve their dispute, the Court will hold a

///

---

[1] Plaintiffs indicate that they propose issuing very limited discovery, i.e., four interrogatories and one request for production. Dkt. Nos. 31 & 32.

1  hearing on Plaintiffs' motion on July 21, 2016.

2  IT IS SO ORDERED.

3  Dated: 07/06/16

4  _____
KANDIS A. WESTMORE
5  United States Magistrate Judge