UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RESOURCE RENEWAL INSTITUTE, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL PARK SERVICE, et al.,<br><br>Defendants. | Case No. 16-cv-00688-SBA (KAW)<br><br>**ORDER TERMINATING MOTION FOR DISCOVERY AND VACATING JULY 21, 2016 HEARING**<br><br>Re: Dkt. No. 31 |

On July 15, 2016, the parties to the above-captioned case filed a joint status report. As a result of the parties' meet and confer efforts, "Plaintiffs have decided to defer submission of their motion without prejudice, and request that the hearing on the matter scheduled for July 21, 2016, be vacated." (Dkt. No. at 1.) Accordingly, Plaintiffs' motion for discovery is terminated, and the hearing currently set for July 21, 2016 is vacated.

IT IS SO ORDERED.

Dated: 07/19/16

_____
KANDIS A. WESTMORE
United States Magistrate Judge