UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| RESOURCE RENEWAL INSTITUTE, CENTER FOR BIOLOGICAL DIVERSITY, and WESTERN WATERSHEDS PROJECT,<br><br>Plaintiffs,<br><br>vs.<br><br>NATIONAL PARK SERVICE, a federal agency, and CICELY MULDOON, in her official capacity as Superintendent of Point Reyes National Seashore,<br><br>Defendants. | Case No:  C 16-0688 SBA<br><br>**ORDER GRANTING PLAINTIFFS' REQUEST TO MODIFY BRIEFING SCHEDULE**<br><br>Dkt. 75 |

Good cause appearing, Plaintiffs' unopposed request to modify the briefing schedule on putative interveners' Renewed Motion to Intervene (Dkt. 56) is GRANTED.  Plaintiffs shall file their opposition by **August 12, 2016**, and putative interveners shall file their reply by **August 19, 2016**.  The motion will be deemed submitted as of the date the reply is due.

IT IS SO ORDERED.

Dated:  8/4/16

SAUNDRA BROWN ARMSTRONG
Senior United States District Judge