KEKER & VAN NEST LLP
JEFFREY R. CHANIN - # 103649
jchanin@kvn.com
DAVID W. RIZK - # 284376
drizk@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:    415 391 5400
Facsimile:    415 397 7188

ADVOCATES FOR THE WEST
LAURENCE ("LAIRD") J. LUCAS - # 124854
llucas@advocateswest.org
ELIZABETH H. ZULTOSKI – (*pro hac vice*)
ezultoski@advocateswest.org
P.O. Box 1612
Boise, ID  83701
Telephone:    208 342 7024
Facsimile:    208 342 8286

Attorneys for Plaintiffs
RESOURCE RENEWAL INSTITUTE,
CENTER FOR BIOLOGICAL DIVERSITY,
and WESTERN WATERSHEDS PROJECT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| RESOURCE RENEWAL INSTITUTE, CENTER FOR BIOLOGICAL DIVERSITY, and WESTERN WATERSHEDS PROJECT,<br><br>                Plaintiffs,<br>     v.<br><br>NATIONAL PARK SERVICE, and CICELY MULDOON, etc., et al.,<br><br>                Defendants. | Case No. 4:16-cv-00688-SBA (KAW)<br><br>**STIPULATION AND ORDER TO SUSPEND CASE MANAGEMENT CONFERENCE**<br><br>Judge:    Hon. Saundra Brown Armstrong<br>Date Filed: February 10, 2016<br>Trial Date: None set |

STIPULATION AND [PROPOSED] ORDER TO SUSPEND CASE MANAGEMENT CONFERENCE
Case No. 4:16-cv-00688-SBA (KAW)

1083592

Pursuant to N.D. Cal. Local Civil Rules 6-1, 6-2, 7-2, 7-3, and 7-4, Plaintiffs RESOURCE RENEWAL INSTITUTE, CENTER FOR BIOLOGICAL DIVERSITY, and WESTERN WATERSHEDS PROJECT, and Defendants NATIONAL PARK SERVICE, and CICELY MULDOON IN HER OFFICIAL CAPACITY AS SUPERINTENDENT OF POINT REYES NATIONAL SEASHORE (collectively, the "Parties"), through undersigned counsel hereby jointly stipulate and respectfully request that the Court suspend the Case Management Conference (CMC) scheduled for August 17, 2016 and date by which the Parties must file an amended CMC statement until after the parties participate in a mandatory settlement conference on September 20, 2016. The parties request that the Court order the parties to submit a Joint Status Report after the mandatory settlement conference.  The Parties jointly declare in support of these stipulated requests:

WHEREAS, the Court has previously modified the schedule for the CMC and the CMC statement deadline and stayed Plaintiffs' Claims Two and Three, ECF Nos. 29, 54, and 68;

WHEREAS, the Court issued an Order on July 20, 2016, approving the Parties' stipulated schedule for briefing Plaintiffs' forthcoming Motion for Preliminary Injunctive Relief, and modified that Order on August 2, 2016, by requiring Plaintiffs to file a Reply Brief in support of that Motion no later than September 28, 2016;

WHEREAS, the Court has ordered the Parties to attend a mandatory settlement conference on September 20, 2016, with Magistrate Judge Ryu, ECF Nos. 55, 69, 72;

WHEREAS, the Parties assert that another continuance of the CMC and CMC statement will conserve judicial resources, save the Parties' time and expense, and allow the Parties to focus on briefing Plaintiffs' Motion for Preliminary Injunctive Relief and preparing for the mandatory settlement conference before proposing additional deadlines for this litigation;

WHEREAS, in light of the schedule set by the Court, the parties do not have any case management issues to discuss with the Court at this time;

WHEREAS, the Parties entered into and filed this Stipulation extending the dates of the CMC and CMC Statement until after they have attended a mandatory settlement conference on September 20, 2016;

WHEREAS, the Parties' stipulated extension will not alter the date of any other deadline or

event already fixed by Court order;

THEREFORE, pursuant to N.D. Cal. Local Civil Rules 6-1 and 6-2, the Parties through their respective attorneys stipulate and jointly request that the Court:

1. Terminate the CMC set for August 17, 2016, and the CMC statement deadline of August 10, 2016; and

2. Order the Parties to file a joint status report by no later than September 26, 2016, informing the Court as to the outcome of the mandatory settlement conference and requesting a further CMC, if appropriate.

SO STIPULATED AND AGREED.

Dated: August 9, 2016                           KEKER & VAN NEST LLP

By:   */s/ Jeffrey R. Chanin*
         JEFFREY R. CHANIN
         DAVID W. RIZK

         LAURENCE ("LAIRD") J. LUCAS
         ELIZABETH H. ZULTOSKI (*pro hac vice*)
         ADVOCATES FOR THE WEST
         P.O. Box 1612
         Boise, ID  83701
         Telephone:    208 342 7024
         Facsimile:    208 342 8286

         Attorneys for Plaintiffs
         RESOURCE RENEWAL INSTITUTE,
         CENTER FOR BIOLOGICAL DIVERSITY,
         and WESTERN WATERSHEDS PROJECT

Dated: August 9, 2016

JOHN C. CRUDEN
Assistant Attorney General
Environment & Natural Resources Division

*/s/ Joe Mathews*
JOSEPH T. MATHEWS (Colo. Bar No. 42865)
Trial Attorney
Environment & Natural Resources Division
United States Department of Justice
P.O. Box 7611
Ben Franklin Station
Washington, DC 20044-7611
Telephone: (202) 305-0432
Facsimile: (202) 305-0506
Email: caitlin.imaki@usdoj.gov
     joseph.mathews@usdoj.gov

BRIAN J. STRETCH
United States Attorney

*/s/ Michael T. Pyle*
MICHAEL T. PYLE (Cal. Bar No. 172954)
Assistant United States Attorney
150 Almaden Boulevard, Suite 900
San Jose, California 95113
Telephone: (408) 535-5087
Facsimile: (408) 535-5081
Email: michael.t.pyle@usdoj.gov

Attorneys for Defendants
NATIONAL PARK SERVICE, and
CICELY MULDOON IN HER OFFICIAL
CAPACITY AS SUPERINTENDENT OF
POINT REYES NATIONAL SEASHORE

**CERTIFICATION OF CONCURRENCE FROM OTHER PARTIES**

I, Jeffrey R. Chanin, am the ECF user whose ID and password are being used to file this Stipulation. In compliance with N.D. Cal. Civ. L.R. 5-1(i)(3), I hereby attest that each of the signatories has concurred in the filing of this document and has authorized the use of his or her electronic signature.

Dated: August 9, 2016         */s/ Jeffrey R. Chanin*
                              JEFFREY R. CHANIN

**ORDER**

The telephonic Case Management Conference currently scheduled for 8/17/16 is CONTINUED to **10/19/16 at 2:30 p.m.**  By no later than 9/26/16, the parties shall meet and confer and file an updated joint status report, as set forth above.  Plaintiffs' counsel shall be responsible for filing the Joint Case Management Statement and setting up the conference call.  At the date and time indicated above, Plaintiffs' counsel shall call (510) 879-3550 with all parties on the line.  NO PARTY SHALL OTHERWISE CONTACT CHAMBERS DIRECTLY WITHOUT PRIOR AUTHORIZATION OF THE COURT.

IT IS SO ORDERED.

Dated:  8/11/16

*/s/ Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
Senior United States District Judge