KEKER & VAN NEST LLP
JEFFREY R. CHANIN - # 103649
jchanin@kvn.com
DAVID W. RIZK - # 284376
drizk@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:      415 397 7188

ADVOCATES FOR THE WEST
LAURENCE ("LAIRD") J. LUCAS - # 124854
llucas@advocateswest.org
ELIZABETH H. ZULTOSKI – (*pro hac vice*)
ezultoski@advocateswest.org
P.O. Box 1612
Boise, ID  83701
Telephone:     208 342 7024
Facsimile:      208 342 8286

Attorneys for Plaintiffs
RESOURCE RENEWAL INSTITUTE,
CENTER FOR BIOLOGICAL DIVERSITY,
and WESTERN WATERSHEDS PROJECT

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| RESOURCE RENEWAL INSTITUTE, CENTER FOR BIOLOGICAL DIVERSITY, and WESTERN WATERSHEDS PROJECT,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL PARK SERVICE, a federal agency, and CICELY MULDOON, in her official capacity as Superintendent of Point Reyes National Seashore,<br><br>Defendants. | Case No. 4:16-cv-00688-SBA (KAW)<br><br>**STIPULATION AND [PROPOSED] ORDER TO TEMPORARILY STAY LITIGATION AND EXTEND PENDING DEADLINES**<br><br>Judge:        Hon. Saundra Brown Armstrong<br><br>Date Filed:  February 10, 2016<br><br>Trial Date:  None set |

1077509

Pursuant to N.D. Cal. Local Civil Rules 6-1, 6-2, 7-2, 7-3, and 7-4, Plaintiffs RESOURCE RENEWAL INSTITUTE, CENTER FOR BIOLOGICAL DIVERSITY, and WESTERN WATERSHEDS PROJECT, and Defendants NATIONAL PARK SERVICE, and CICELY MULDOON IN HER OFFICIAL CAPACITY AS SUPERINTENDENT OF POINT REYES NATIONAL SEASHORE (collectively, the "Parties"), through undersigned counsel hereby jointly stipulate and respectfully request that the Court: (1) stay the case until October 17, 2016; and (2) extend by three weeks the pending deadlines for the Case Management Conference and statement, and Plaintiffs' Reply in Support of Their Motion for Preliminary Injunctive Relief.  The Parties jointly declare in support of these stipulated requests:

A.    WHEREAS, the Court entered an Order on July 22, 2016, referring the above-captioned action for a mandatory settlement conference (the "Settlement Conference") (ECF No. 55) with Hon. Judge Donna M. Ryu (ECF No. 67) on September 20, 2016 (ECF No. 72);

B.    WHEREAS, the Parties and representatives for the Intervenors KEVIN and NANCY LUNNY, RICHARD and JACKIE GROSSI, TED and RHEA MCISSAC, GINO LUCCHESI JR and CLATON LUCCHESSI, MIKE and MORGAN GIAMONN, RICHARD GALLAGHER, RALPH and LUKE GIACOMINI, FRED and GINNY ROGERS, LOUIS and WYATT ZANARDI, and PAULETTE PERCY ("the Lunny Ranchers") and JULIE EVANS ROSSOTTI, DAVID and DOLORES EVANS, ROBERT McCLURE, TIM, TOM, and MIKE KEHOE, NICHOLA, ERNIE, and ERNEST SPALETTA, BETTY NUNES, and WILLIAM and NICOLETTE NIMAN (the "Rossotti Ranchers") and the COUNTY OF MARIN (collectively, "the Intervenors") participated in the Settlement Conference on September 20, 2016, and agreed to deadlines regarding next steps (ECF No. 112);

C.    WHEREAS, the Court entered an Order on August 11, 2016, directing the parties to file a joint status report informing the Court as to the outcome of the mandatory settlement conference (ECF No. 80);

D.    WHEREAS, the Court entered an Order on September 2, 2016, setting an October 12, 2016, due date for Plaintiffs' Reply in Support of their Motion for Preliminary Injunctive Relief (ECF No. 96) and continuing the hearing on Plaintiffs' Motion for Preliminary Injunctive Relief to

1077509

1  November 9, 2016;

2      E.      WHEREAS, the Court re-set the due dates for the Case Management Statement to

3  October 12, 2016, and for the Case Management Conference to October 19, 2016 (ECF No. 80);

4      F.      WHEREAS, the Parties believe that a three-week stay of the litigation and an extension

5  of these pending deadlines will conserve judicial resources, save the Parties' time and expenses, and

6  allow the Parties to focus on the deadlines set during the Settlement Conference;

7      G.      WHEREAS, Plaintiffs may seek to further extend the due date for their Reply in order

8  to obtain further production of information from the Defendants, and the Parties agree that Plaintiffs

9  are not waiving their right to seek such an extension by entering into this stipulation, and that they

10  shall not be prejudiced by entering into this stipulation;

11      H.      WHEREAS, the Parties agree that by entering into this stipulation Defendants shall not

12  be prejudiced and are not waiving their right to object to any motion by Plaintiffs to supplement the

13  Administrative Record, to seek any form of discovery, or to extend the due date for their reply brief in

14  order to obtain further production of information from Defendants;

15      I.      WHEREAS, Counsel for Intervenors Rosetti Ranchers, Lunny Ranchers, and Marin

16  County have each stated they do not oppose the Parties' request to stay the litigation as described

17  herein;

18      NOW THEREFORE, pursuant to N.D. Cal. Local Civil Rules 6-1, 6-2, 7-2, 7-3, and 7-4, the

19  Parties through their respective attorneys stipulate and jointly request that the Court:

20      1.      Stay the case until October 17, 2016;

21      2.      Extend the pending due date for Plaintiffs' Reply in Support of Their Motion for

22  Preliminary Injunctive Relief by three weeks from its current date to November 2, 2016, extend the

23  Case Management Conference and statement, by at least three weeks from their current due dates or as

24  appropriate based on the Court's calendar, and continue the hearing date for Plaintiffs' Motion for

25  Preliminary Injunctive Relief to December 14, 2016; and

26      3.      Order the Parties to file a joint status report on October 17, 2016, informing the Court

27  whether they believe a further stay would be appropriate at that time.

28      SO STIPULATED AND AGREED.

2

1077509

Dated:  September 26, 2016                    KEKER & VAN NEST LLP

                                      By:    /s/ Jeffrey R. Chanin
                                             JEFFREY R. CHANIN
                                             DAVID W. RIZK

                                             /s/ Elizabeth H. Zultoski
                                             LAURENCE ("LAIRD") J. LUCAS
                                             ELIZABETH H. ZULTOSKI (*pro hac vice*)
                                             ADVOCATES FOR THE WEST
                                             P.O. Box 1612
                                             Boise, ID  83701
                                             Telephone:     208 342 7024
                                             Facsimile:     208 342 8286

                                             Attorneys for Plaintiffs
                                             RESOURCE RENEWAL INSTITUTE,
                                             CENTER FOR BIOLOGICAL DIVERSITY,
                                             and WESTERN WATERSHEDS PROJECT

STIPULATION AND [PROPOSED] ORDER TO TEMPORARILY STAY LITIGATION AND EXTEND
PENDING DEADLINES
Case No. 4:16-cv-00688-SBA (KAW)

1077509

Dated:  September 26, 2016

UNITED STATES ATTORNEY'S OFFICE

By:   */s/ Caitlin B. Imaki*
CAITLIN B. IMAKI(Wash. Bar No. 44679)
Trial Attorney
JOSEPH T. MATHEWS (Colo. Bar No. 42865)
Trial Attorney
Environment & Natural Resources Division
United States Department of Justice
P.O. Box 7611
Ben Franklin Station
Washington, DC 20044-7611
Telephone: (202) 305-0432
Facsimile: (202) 305-0506
Email: caitlin.imaki@usdoj.gov
joseph.mathews@usdoj.gov

BRIAN J. STRETCH
United States Attorney


*/s/ Michael T. Pyle*
MICHAEL T. PYLE (Cal. Bar No. 172954)
Assistant United States Attorney
150 Almaden Boulevard, Suite 900
San Jose, California 95113
Telephone: (408) 535-5087
Facsimile: (408) 535-5081
Email:  michael.t.pyle@usdoj.gov

Attorneys for Defendants
NATIONAL PARK SERVICE, and
CICELY MULDOON IN HER OFFICIAL
CAPACITY AS SUPERINTENDENT OF
POINT REYES NATIONAL SEASHORE

## CERTIFICATION OF CONCURRENCE FROM OTHER PARTIES

I, Elizabeth H. Zultoski, am the ECF user whose ID and password are being used to file this Stipulation.  In compliance with N.D. Cal. Civ. L.R. 5-1(i)(3), I hereby attest that each of the signatories has concurred in the filing of this document and has authorized the use of his or her electronic signature.

Dated:  September 26, 2016

*/s/ Elizabeth H. Zultoski*
Elizabeth H. Zultoski

STIPULATION AND [PROPOSED] ORDER TO TEMPORARILY STAY LITIGATION AND EXTEND
PENDING DEADLINES
Case No. 4:16-cv-00688-SBA (KAW)

1077509

1

**[PROPOSED] ORDER**

2

PURSUANT TO STIPULATION, IT IS SO ORDERED.

3

4

Dated:  September 27, 2016

5

6

SAUNDRA BROWN ARMSTRONG

7

Senior United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER TO TEMPORARILY STAY LITIGATION AND EXTEND
PENDING DEADLINES
Case No. 4:16-cv-00688-SBA (KAW)

1077509