REMY MOOSE MANLEY, LLP
HOWARD F. WILKINS III (SBN 203083)
555 Capitol Mall, Suite 800
Sacramento, CA 95814
Telephone: (916) 443-2745
Facsimile: (916) 443-9017
Email: cwilkins@rmmenvirolaw.com

Caroline Lobdell (Ore. Bar #021236), *Pro Hac Vice*
Scott Horngren (Ore. Bar #880604), *Pro Hac Vice*
Western Resources Legal Center
5100 S.W. Macadam, Suite 340
Portland, OR 97239
Telephone: (503) 222-0628
Facsimile: (503) 222-3255
Email: clobdell@wrlegal.org
      shorngren@wrlegal.org

Attorneys for Defendant-Intervenors Lunny Ranchers
(see signature page for the complete list of parties represented)

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| RESOURCE RENEWAL INSTITUTE, CENTER FOR BIOLOGICAL DIVERSITY, and WESTERN WATERSHEDS PROJECT,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL PARK SERVICE, a federal agency, and CICELY MULDOON, in her official capacity as Superintendent of Point Reyes National Seashore,<br><br>Defendants,<br><br>and<br><br>JULIE EVANS ROSSOTTI et al.; KEVIN and NANCY LUNNY et al.; and MARIN COUNTY,<br><br>Defendant-Intervenors. | Case No.:  4:16-cv-00688-SBA<br><br>**NOTICE OF APPEAL** |

1  Kevin and Nancy Lunny, Richard And Jackie Grossi, Ted And Rhea Mcisaac, Gino Lucchesi Jr and Clayton Lucchesi, Mike And Morgan Giamonna, Richard Gallagher, Ralph And Luke Giacomini, Fred And Ginny Rogers, Louis And Wyatt Zanardi, and Paulette Percy hereby appeal to the Ninth Circuit Court of Appeals from the September 2, 2016 order of the District Court in this case Granting in Part and Denying in Part the Lunny Ranchers' Motion to Intervene (Dkt. 96).  The Order is an "appealable 'final decision' within the meaning of 28 U.S.C. § 1291." *League of United Latin American Citizens v. Wilson*, 131 F.3d 1297, 1302 (9th Cir. 1999).  This Notice of Appeal is filed within sixty days of the final order under FRAP 4(a)(1)(B).  Settlement negotiations are ongoing and this is a protective notice of appeal in the event that the case does not settle.

Respectfully submitted this 31st day of October, 2016.

/s/ Howard F. Wilkins III
Howard F. Wilkins III (SBN 203082)
Remy Moose Manley, LLP
555 Capitol Mall, Suite 800
Sacramento, CA 95814
Telephone: (916) 443-2745
Facsimile: (916) 443-9017
Email:  cwilkins@rmmenvirolaw.com

/s/ Caroline Lobdell
Caroline Lobdell (Ore. Bar #021236)
*Pro Hac Vice*

/s/ Scott Horngren
Scott Horngren (Ore. Bar #880604)
*Pro Hac Vice*
Western Resources Legal Center
5100 S.W. Macadam, Suite 340
Portland, Oregon 97239
Telephone: (503) 222-0628
Facsimile: (503) 222-3255
Email:  clobdell@wrlegal.org
        shorngren@wrlegal.org

Attorneys for Defendant-Intervenors
KEVIN and NANCY LUNNY; RICHARD and JACKIE GROSSI; TED and RHEA MCISAAC; GINO LUCCHESI JR and CLAYTON LUCCHESI; MIKE and MORGAN GIAMONNA; RICHARD GALLAGHER; RALPH and LUKE GIACOMINI; FRED and GINNY ROGERS; LOUIS AND WYATT ZANARDI; and PAULETTE PERCY

REPRESENTATION STATEMENT

Pursuant to Ninth Circuit Rule 3-2 (b), as modified by Circuit Rule 3-2, Appellants/Proposed Defendant-Intervenors Kevin and Nancy Lunny et al., state that the parties are represented by counsel whose names, addresses, telephone and facsimile numbers, and e-mail addresses appear below:

| | |
|---|---|
| Plaintiffs-Appellees: | Resource Renewal Institute<br>Center for Biological Diversity<br>Western Watersheds Project |
| Counsel for Plaintiffs-Appellees: | Elizabeth Hunter Zultoski<br>Advocates for the West<br>3115 NE Sandy BLVD Ste. 223<br>Portland, OR 97232<br>(503) 914-6388<br>Email: ezultoski@advocateswest.org |
| | Laurence J Lucas<br>Advocates for the West<br>PO Box 1612<br>Boise, ID 83701<br>(208) 342-7024<br>Email: llucas@advocateswest.org |
| | David Wade Rizk<br>Keker and Van Nest LLP<br>633 Battery Street<br>San Francisco, CA 94111<br>415-391-5400<br>Fax: 415-397-7188<br>Email: drizk@kvn.com |
| | Jeffrey R. Chanin<br>Keker & Van Nest LLP<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>415-391-5400<br>Fax: 415-397-7188<br>Email: jchanin@kvn.com |
| Defendants: | National Park Service<br>Cicely Muldoon, in her official capacity as Superintendent of Point Reyes National Seashore NOAA Fisheries |

---

*Resource Renewal Institute, et al. v. National Park Service, et al.*, No. 4:16-cv-00688-SBA
NOTICE OF APPEAL - 2

Counsel for Defendants:

> Caitlin B. Imaki
> United States Department of Justice
> Environment and Natural Resources Division
> Natural Resources Section
> PO Box 7611
> Ben Franklin Station
> Washington, DC 20044-7611
> 202-305-0247
> Fax: 202-305-0506
> Email: caitlin.imaki@usdoj.gov
>
> Joseph T. Mathews
> United States Department of Justice
> Environment & Natural Resources Division
> Benjamin Franklin Station
> P.O. Box 7611
> Washington, DC 20044-7611
> 202-305-0432
> Fax: 202-305-0506
> Email: joseph.mathews@usdoj.gov
>
> Michael Thomas Pyle
> United States Attorney's Office
> 150 Almaden Blvd., Suite 900
> San Jose, CA 95113
> 408-535-5087
> Fax: 408-535-5081
> Email: michael.t.pyle@usdoj.gov

Appellants/Defendant-Intervenors Lunny Ranchers:

> Kevin And Nancy Lunny; Richard And Jackie Grossi; Ted And Rhea Mcisaac; Gino Lucchesi Jr And Clayton Lucchesi; Mike And Morgan Giamonna; Richard Gallagher; Ralph And Luke Giacomini; Fred And Ginny Rogers; Louis And Wyatt Zanardi; And Paulette Percy

Counsel for Appellants/Defendant-Intervenors Lunny Ranchers:

> Howard Francis Wilkins, III
> Remy Moose Manley, LLP
> 555 Capitol Mall, Suite 800
> Sacramento, CA 95814
> 916-443-2745
> Email: cwilkins@rmmenvirolaw.com

*Resource Renewal Institute, et al. v. National Park Service, et al.*, No. 4:16-cv-00688-SBA
NOTICE OF APPEAL - 3

Caroline Lobdell
Western Resources Legal Center
5100 SW Macadam, Suite 340
Portland, OR 97239
503-222-0628
Email: clobdell@wrlegal.org

Scott W. Horngren
Western Resources Legal Center
5100 SW Macadam Avenue, Suite 340
Portland, OR 97239
503-222-0628
Fax: 503-222-3255
Email: shorngren@wrlegal.org

Defendant-Intervenors Rossotti Ranchers:

Julie Evans Rossotti, Dan And Dolores Evans, David Evans, Robert Mcclure, Tim, Tom, And Mike Kehoe, Ernie, Ernest, And Nichola Spaletta, Betty Nunes, And William And Nicolette Niman,

Counsel for Defendant-Intervenors Rossotti Ranchers:

Peter Obstler
Arnold & Porter LLP
Three Embarcadero Center, 10th Floor
San Francisco, CA 94111
415-471-3100
Fax: 415-471-3400
Email: peter.obstler@aporter.com

Ginamarie C Caya
Arnold and Porter LLP
Three Embarcadero Center
10th Floor
San Francisco, CA 94111-4024
415-471-3100
Fax: 415-471-3400
Email: ginamarie.caya@aporter.com

Sean Andrew McCormick
Arnold and Porter LLP
777 S. Figueroa St.
Suite 4400
Los Angeles, CA 90017-5844
213-243-4262
Fax: 213-243-4199

*Resource Renewal Institute, et al. v. National Park Service, et al.*, No. 4:16-cv-00688-SBA
NOTICE OF APPEAL - 4

Email: sean.mccormick@aporter.com

Defendant-Intervenor:

        Marin County

Counsel for Defendant-Intervenor Marin County:

    Steven M. Woodside, County Counsel
Marin County Counsel's Office
3501 Civic Center Dr., #275
San Rafael, CA 94903
415-499-6117
Fax: 415-499-3796
Email: swoodside@marincounty.org

David L. Zaltsman
Marin County Counsel's Office
3501 Civic Center Dr., #275
San Rafael, CA 94903
415-499-6117
Fax: 415-499-3796
Email: dzaltsman@marincounty.org

Sheila Shah Lichtblau
Marin County Counsel
3501 Civic Center Drive, #303
San Rafael, CA 94903
(415) 473-6117
Fax: (415) 473-3796
Email: slichtblau@marincounty.org

---

*Resource Renewal Institute, et al. v. National Park Service, et al.*, No. 4:16-cv-00688-SBA
NOTICE OF APPEAL - 5

**CERTIFICATE OF SERVICE**

I, Caroline Lobdell, hereby certify that I, on October 31, 2016, I caused the foregoing to be served upon counsel of record through the Court's electronic service system.

Dated: October 31, 2016        /s/ Caroline Lobdell
                                Caroline Lobdell