KEKER & VAN NEST LLP
JEFFREY R. CHANIN - # 103649
jchanin@kvn.com
DAVID W. RIZK - # 284376
drizk@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:    415 391 5400
Facsimile:    415 397 7188

ADVOCATES FOR THE WEST
LAURENCE ("LAIRD") J. LUCAS - # 124854
llucas@advocateswest.org
ELIZABETH H. ZULTOSKI – (*pro hac vice*)
ezultoski@advocateswest.org
P.O. Box 1612
Boise, ID 83701
Telephone:    208 342 7024
Facsimile:    208 342 8286

Attorneys for Plaintiffs
RESOURCE RENEWAL INSTITUTE,
CENTER FOR BIOLOGICAL DIVERSITY,
and WESTERN WATERSHEDS PROJECT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| RESOURCE RENEWAL INSTITUTE, CENTER FOR BIOLOGICAL DIVERSITY, and WESTERN WATERSHEDS PROJECT,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL PARK SERVICE, a federal agency, and CICELY MULDOON, in her official capacity as Superintendent of Point Reyes National Seashore,<br><br>Defendants. | Case No. 4:16-cv-00688-SBA (KAW)<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TEMPORARY STAY OF LITIGATION AND EXTEND PENDING DEADLINES**<br><br>Judge:      Hon. Saundra Brown Armstrong<br><br>Date Filed: February 10, 2016<br><br>Trial Date: None set |

Pursuant to N.D. Cal. Local Civil Rules 6-1, 6-2, 7-2, 7-3, and 7-4, Plaintiffs RESOURCE RENEWAL INSTITUTE, CENTER FOR BIOLOGICAL DIVERSITY, and WESTERN WATERSHEDS PROJECT, and Defendants NATIONAL PARK SERVICE, and CICELY MULDOON IN HER OFFICIAL CAPACITY AS SUPERINTENDENT OF POINT REYES NATIONAL SEASHORE (collectively, the "Parties"), through undersigned counsel hereby jointly stipulate and respectfully request that the Court: (1) extend the stay of the above-captioned case until January 31, 2017; (2) extend by six weeks the pending deadline for Plaintiffs' Reply in Support of Their Motion for Preliminary Injunctive Relief until February 15, 2017; (3) continue the hearing on Plaintiffs' Motion for Preliminary Injunctive Relief to March 8, 2017; and (4) order the Parties to file a joint status report on January 31, 2017, informing the Court whether they believe a further stay would be appropriate at that time.  The Parties jointly declare in support of these stipulated requests:

A. WHEREAS, the Court entered an Order on July 22, 2016, referring the above-captioned action for a mandatory settlement conference (the "Settlement Conference") (ECF No. 55) with Hon. Judge Donna M. Ryu (ECF No. 67) on September 20, 2016 (ECF No. 72);

B. WHEREAS, the Parties and representatives for the Intervenors KEVIN and NANCY LUNNY, RICHARD and JACKIE GROSSI, TED and RHEA MCISSAC, GINO LUCCHESI JR and CLATON LUCCHESSI, MIKE and MORGAN GIAMONN, RICHARD GALLAGHER, RALPH and LUKE GIACOMINI, FRED and GINNY ROGERS, LOUIS and WYATT ZANARDI, and PAULETTE PERCY ("the Lunny Ranchers") and JULIE EVANS ROSSOTTI, DAVID and DOLORES EVANS, ROBERT McCLURE, TIM, TOM, and MIKE KEHOE, NICHOLA, ERNIE, and ERNEST SPALETTA, BETTY NUNES, and WILLIAM and NICOLETTE NIMAN (the "Rossotti Ranchers") and the COUNTY OF MARIN (collectively, "the Intervenors") participated in the Settlement Conference on September 20, 2016, and agreed to deadlines regarding next steps (ECF No. 112);

C. WHEREAS, the Parties jointly requested a three-week stay of the litigation through October 17, 2016, and extending the due date for Plaintiffs' Reply to November 2, 2106, which the Court granted (ECF Nos. 113, 114), and subsequently requested to extend the stay of the litigation through December 20, 2016, and the due date for Plaintiffs' Reply to January 4, 2017, which the Court

1  also granted (ECF Nos. 115, 116, 119, 120, 121, 122);

2      D.    WHEREAS, the Parties believe that an additional six-week stay of the litigation and an extension of these pending deadlines will conserve judicial resources, save the Parties' time and expenses, and allow the Parties to work on the tasks set during the Settlement Conference;

    E.    WHEREAS, Plaintiffs may seek to further extend the due date for their Reply in order to obtain further production of information from the Defendants, and the Parties agree that Plaintiffs are not waiving their right to seek such an extension by entering into this stipulation, and that they shall not be prejudiced by entering into this stipulation;

    F.    WHEREAS, the Parties agree that by entering into this stipulation Defendants shall not be prejudiced and are not waiving their right to object to any motion by Plaintiffs to supplement the Administrative Record, to seek any form of discovery, or to extend the due date for their reply brief in order to obtain further production of information from Defendants;

    G.    WHEREAS, Counsel for Intervenors Rosetti Ranchers, Lunny Ranchers, and Marin County have each stated they do not oppose the Parties' request to stay the litigation as described herein;

NOW THEREFORE, pursuant to N.D. Cal. Local Civil Rules 6-1, 6-2, 7-2, 7-3, and 7-4, the Parties through their respective attorneys stipulate and jointly request that the Court:

    1.    Stay the case until January 31, 2017;

    2.    Extend the pending due date for Plaintiffs' Reply in Support of Their Motion for Preliminary Injunctive Relief by six weeks from its current date to February 15, 2017;

    3.    Continue the hearing on Plaintiffs' Motion for Preliminary Injunctive Relief to March 8, 2017; and

    4.    Order the Parties to file a joint status report on January 31, 2017, informing the Court whether they believe a further stay would be appropriate at that time.

SO STIPULATED AND AGREED.

1  Dated: December 20, 2016                              ADVOCATES FOR THE WEST

2                                                 By:   */s/ Elizabeth H. Zultoski*

3                                                       LAURENCE ("LAIRD") J. LUCAS
                                                        ELIZABETH H. ZULTOSKI (*pro hac vice*)
4                                                       ADVOCATES FOR THE WEST
                                                        P.O. Box 1612
5                                                       Boise, ID  83701
                                                        Telephone:    208 342 7024
6                                                       Facsimile:    208 342 8286

7                                                       KEKER & VAN NEST, LLP

8                                                       JEFFREY R. CHANIN
                                                        DAVID W. RIZK
9

10                                                      Attorneys for Plaintiffs
                                                        RESOURCE RENEWAL INSTITUTE,
                                                        CENTER FOR BIOLOGICAL DIVERSITY,
11                                                      and WESTERN WATERSHEDS PROJECT

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

| | |
|---|---|
| Dated: December 20, 2016 | UNITED STATES ATTORNEY'S OFFICE |
| | By: */s/ Caitlin B. Imaki* <br> CAITLIN B. IMAKI (Wash. Bar No. 44679) <br> Trial Attorney <br> JOSEPH T. MATHEWS (Colo. Bar No. 42865) <br> Trial Attorney <br> Environment & Natural Resources Division <br> United States Department of Justice <br> P.O. Box 7611 <br> Ben Franklin Station <br> Washington, DC 20044-7611 <br> Telephone: (202) 305-0432 <br> Facsimile: (202) 305-0506 <br> Email: caitlin.imaki@usdoj.gov <br> joseph.mathews@usdoj.gov |
| | BRIAN J. STRETCH <br> United States Attorney |
| | */s/ Michael T. Pyle* <br> MICHAEL T. PYLE (Cal. Bar No. 172954) <br> Assistant United States Attorney <br> 150 Almaden Boulevard, Suite 900 <br> San Jose, California 95113 <br> Telephone: (408) 535-5087 <br> Facsimile: (408) 535-5081 <br> Email:  michael.t.pyle@usdoj.gov |
| | Attorneys for Defendants <br> NATIONAL PARK SERVICE, and <br> CICELY MULDOON IN HER OFFICIAL <br> CAPACITY AS SUPERINTENDENT OF <br> POINT REYES NATIONAL SEASHORE |

**CERTIFICATION OF CONCURRENCE FROM OTHER PARTIES**

I, Elizabeth H. Zultoski, am the ECF user whose ID and password are being used to file this Stipulation.  In compliance with N.D. Cal. Civ. L.R. 5-1(i)(3), I hereby attest that each of the signatories has concurred in the filing of this document and has authorized the use of his or her electronic signature.

Dated: December 20, 2016            */s/ Elizabeth H. Zultoski*
                                    Elizabeth H. Zultoski

1

**[PROPOSED] ORDER**

2   PURSUANT TO STIPULATION, IT IS SO ORDERED.  December 20, 2016.

3

4   _____
   THE HONORABLE SAUNDRA BROWN ARMSTRONG
5   UNITED STATES DISTRICT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28